## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 16-cv-81649-MIDDLEBROOKS

DONALD GENTILE, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

AMERICAN RECOVERY SERVICE
INCORPORATED, Incorporated in
California, registered in Florida as
AMERICAN RECOVERY SERVICE
INCORPORATED OF CALIFORNIA,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff Donald Gentile's Notice of Dismissal with Prejudice, filed on March 8, 2017. (DE 43). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or filed a motion for summary judgment. Pursuant to the Parties' request, the Court retains jurisdiction to enforce the terms of the Parties' settlement agreement through and including April 10, 2017. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE.** All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this __9__ day of March, 2017.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record